**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SHANNON DASSING, Individually and as | ) | |
| Executrix of STEPHEN KRUEGER, | ) | |
| Decedent, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-485-SMY |
| | ) | |
| vs. | ) | |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PATRICIA HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-cv-1661-SMY |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TERESA RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-cv-2112-SMY |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KRISTI BURNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-cv-2114-SMY |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| AUTUMN FUNKHOUSER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 22-cv-2344-SMY |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Joint Motion to Consolidate and Temporarily

Stay Scheduling Order (Doc. 44).  The parties request the consolidation of *Dassig v. Honeywell*

*International Inc.*, Case No. 21-cv-485-SMY; *Hughes v. Honeywell International Inc.,* Case No.

3:22-cv-1661-SMY; *Burnett v. Honeywell International Inc.,* Case No. 3:22-cv-2114-SMY;

*Russell v. Honeywell International Inc.,* Case No. 3:22-cv-2112-SMY; and *Funkhouser v*

*Honeywell International Inc.*, Case No. 3.22-cv-2344-SMY.

Pursuant to Federal Rule of Civil Procedure 42(a), a court may consolidate actions when

they "involve a common question of law or fact."  Here, there are common questions of law and

fact as each case alleges personal injuries and/or wrongful death caused by environmental

contamination from Honeywell's uranium hexafluoride processing facility in Metropolis, Illinois. Accordingly, the Court **GRANTS** the Motion to Consolidate (Doc. 44) and **CONSOLIDATES** Case Numbers 21-cv-485, 22-cv-1661, 22-cv-2112, 22-cv-2114, and 22-cv-2344.

The Court also temporarily stays all deadlines set forth in the *Dassig* Scheduling Order (Doc. 33). The parties shall submit a proposed consolidated scheduling order by November 21, 2022, via e-mail to SMYpd@ilsd.uscourts.gov. This matter is set for a status conference on December 2, 2022, at 1:30 p.m. by video conference. Information regarding the video conference will be sent by email to all parties. Full access to this hearing is available remotely. Instructions to join the hearing are as follows: Call toll free 877-873-8017, when prompted enter Access Code 4354777. In light of the public health crisis due to the COVID-19 virus, the Court finds that full access to the press and public cannot be afforded for this hearing. Other alternatives were considered, but at this time the Court only has the technological capability to allow access by teleconference.

The Clerk of Court is **DIRECTED** to file a copy of this Order in case numbers 22-cv-1661, 22-cv-2112, 22-cv-2114, and 22-cv-2344. **All future filings shall be made in case number 21-cv-485-SMY.**

**IT IS SO ORDERED.**

**DATED: November 3, 2022**

**STACI M. YANDLE**
**United States District Judge**